IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LESTER LEE SESSLER,

    Plaintiff,

v.                                        Case No.: 6:16-cv-1796-ORL-28-DCI

HOSEY'S AUTO PARTS & SERVICE, INC.,
RANDY S. SESSLER, HOSEY B. SESSLER
AND VERNELL S. SESSLER

    Defendants.
_____/

## FLSA SETTLEMENT AGREEMENT

This Settlement Agreement and Release (the "Agreement") effective as of this ____ day of July, 2017, is entered into between LESTER LEE SESSLER on behalf of himself, his heirs, executors, administrators, legal representatives and assigns (hereinafter collectively referred to as "Plaintiff") and HOSEY'S AUTO PARTS & SERVICE, INC., RANDY S SESSLER, HOSEY B. SESSLER AND VERNELL S SESSLER (collectively referred herein as a "Defendants").

### Recitals

WHEREAS, Plaintiff has filed a lawsuit in United States District Court for the Middle District of Florida (Case No. 6:16-cv-1796-Orl-28-DCI) alleging that Defendants failed to pay minimum wages and overtime premiums in violation of the Fair Labor Standards Act, 29U.S.C. §§ 210 et seq. ("FLSA").

WHEREAS Defendants deny that Plaintiff is owed any wages for overtime premiums under the FLSA, the parties wish to avoid the expense, distraction and risk of legal action, and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, wish to enter into this Agreement.

Now therefore the Parties agree as follows

1. Defendants agree to pay Plaintiff the total sum of $3,000.00 within 15 days of the Court's approval of this signed Agreement as a full and final consideration of the FLSA claims, including liquidated damages, to be distributed as follows:

   $1000 shall be paid as if they were unpaid wages or overtime premiums from which normal payroll deductions shall be taken; and

   $1000 shall be paid to Plaintiff as liquidated damages; and

   $1000 shall be paid to plaintiff's counsel, N. James Turner as attorney's fees and costs.

2. Each party is represented by counsel of such party's choice and has conferred with such counsel and has carefully read and understood the meaning and effect of each provision contained herein, and is entering into this Agreement deliberately, advisedly, and of such parties own free will and volition.

3. This Agreement will not be construed against any of the parties on the ground that such party was an author of this Agreement.

4. Each party will take any additional steps in execute any further documents necessary to carry out the intent of this Agreement.

5. Any action to enforce this agreement, or breach of any representation, warranty or covenant shall be brought in the Ninth Judicial Circuit in and for Orange County, Florida or the United States District Court for the Middle District of Florida, Orlando Division.

6. Each party hereto knowingly, voluntarily, and intentionally waives his or its right to a jury trial with respect to litigation arising out of, or under, or in connection with this Agreement.

_/s/ Lester Sessler_
LESTER LEE SESSLER

_/s/ Randy S. Sessler - CEO_
HOSEY'S AUTO PARTS & SERVICE, INC.

_/s/ Randy S. Sessler_
RANDY S SESSLER

_/s/ Hosey B. Sessler_
HOSEY B. SESSLER

_/s/ Vernell Sessler_
VERNELL S. SESSLER