UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LESTER LEE SESSLER,**

    **Plaintiff,**

v.                                          Case No: 6:16-cv-1796-Orl-28DCI

**HOSEY'S AUTO PARTS & SERVICE, INC., RANDY S. SESSLER, HOSEY B. SESSLER, and VERNELL S. SESSLER,**

    **Defendants.**

## ORDER

This case is before the Court on the Joint Motion to Approve FLSA Settlement and to Dismiss With Prejudice (Doc. 47). The assigned United States Magistrate Judge has submitted a Report (Doc. 50) recommending that the motion be granted. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement and to Dismiss With Prejudice (Doc. 47) is **GRANTED**. The Court finds that the parties' Agreement (Doc. 47-1) is a fair and reasonable settlement of Plaintiff's FLSA claim.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 15, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record